UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24051-CIV-CANNON/Otazo-Reyes

**MSP RECOVERY**
**CLAIMS SERIES, LLC, et al.**,

    Plaintiffs,

v.

**INTEGON NATIONAL**
**INSURANCE COMPANY, et al.**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Entry of an Agreed Order of Dismissal Without Prejudice [ECF No. 146], filed on December 31, 2021. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective December 31, 2021, the date on which the parties filed their Joint Stipulation for Entry of an Agreed Order of Dismissal Without Prejudice [ECF No. 146]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. The Confidentiality/HIPAA Order of May 25, 2021 [ECF No. 79] remains in full force and effect until the parties' settlement negotiations are completed.

CASE NO. 20-24051-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of January 2022.

_____
AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record